
# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America v. | ) |
|---|---|
| Vladislav Dmitriyevich Klyushin, a/k/a Vladislav Kliushin, | ) |
| Ivan Sergeyevich Ermakov, a/k/a Ivan Yermakov, | ) Case No. |
| Igor Sergeevich Sladkov, | ) 21-MJ-2090 (MBB) (under seal) |
| Mikail Vladimirovich Irzak, a/k/a Mikka Irzak, and | ) |
| Nikolai Mikhaylovich Rumiantcev, a/k/a Nikolay Rumyantsev | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2018 to 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud, contrary to 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). |

*DOCKETED*

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT BJ KANG

☑ Continued on the attached sheet.

_B.J. Kang by MBB_
Complainant's signature

FBI SPECIAL AGENT BJ KANG
Printed name and title

Sworn to me telephonically. March 20, 2021
Date: ~~03/21/2021~~ @ 5:01 PM

_Marianne B. Bowler/mb_
Judge's signature

City and state: BROOKLINE, MASSACHUSETTS

HONORABLE MARIANNE B. BOWLER, U.S.M.J.
Printed name and title

1