JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __I__          **Investigating Agency**  __FBI__

**City** _____          **Related Case Information:**

**County**  __Suffolk__          Superseding Ind./ Inf. _____  Case No. _____
                                 Same Defendant _____  New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number  __20-MJ-2221-MBB__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __VLADISLAV DMITRIYEVICH KLYUSHIN__    Juvenile:    ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name        __VLADISLAV KLIUSHIN__

Address           __(City & State)__

Birth date (Yr only): __1980__  SSN (last4#): _____  Sex __M__    Race: __WHITE__    Nationality: __RUSSIAN__

**Defense Counsel if known:** _____    Address  ~~DOCKETED~~

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    __Seth B. Kosto and Stephen E. Frank__    Bar Number if applicable _____

**Interpreter:**    ☑ Yes  ☐ No    List language and/or dialect:    __Russian__

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

        ☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    __03/19/2021__    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              Category No.  I            Investigating Agency   FBI

**City** _____    Related Case Information:

**County**   Suffolk               Superseding Ind./ Inf. _____  Case No. _____
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number   20-MJ-2221-MBB
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   IVAN SERGEYEVICH ERMAKOV        Juvenile:    ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name    IVAN YERMAKOV

Address       (City & State)

Birth date (Yr only): _____  SSN (last4#): _____  Sex  M    Race: _____   Nationality: Russian

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____                   DOCKETED

**U.S. Attorney Information:**

AUSA    Seth B. Kosto and Stephen E. Frank        Bar Number if applicable _____

Interpreter:       ☐ Yes  ☑ No      List language and/or dialect: _____

Victims:          ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

      ☑ Warrant Requested      ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint      ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   03/19/2021        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court – District of Massachusetts**

**Place of Offense:**                    Category No.  **I**                    **Investigating Agency**  FBI

**City** _____       **Related Case Information:**

**County**  Suffolk                 Superseding Ind./ Inf. _____   Case No. _____
                                    Same Defendant _____   New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number  20-MJ-2221-MBB
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   IGOR SERGEEVICH SLADKOV          Juvenile:       ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address      (City & State) _____

Birth date (Yr only): ____  SSN (last4#): _____  Sex M   Race: _____   Nationality: RUSSIAN

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Seth B. Kosto and Stephen E. Frank          Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

        ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   03/19/2021          Signature of AUSA: _____

1-2

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

Place of Offense:                     Category No. ___I___          Investigating Agency ___FBI___

City _____          Related Case Information:

County ___Suffolk___          Superseding Ind./ Inf. _____   Case No. _____
                              Same Defendant _____   New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number ___20-MJ-2221-MBB___
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___MIKHAIL VLADIMIROVICH IRZAK___          Juvenile:    ☐ Yes ☑ No

              Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name ___MIKKA IRZAK___

Address ___(City & State)___

Birth date (Yr only): _____ SSN (last4#):_____ Sex __M__   Race: _____   Nationality: ___RUSSIAN___

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA ___Seth B. Kosto and Stephen E. Frank___          Bar Number if applicable _____

Interpreter:    ☐ Yes ☑ No          List language and/or dialect: _____

Victims:    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)

Matter to be SEALED:    ☑ Yes ☐ No

        ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: ___03/19/2021___          Signature of AUSA: _____

1-2

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

Criminal Case Cover Sheet                                                    U.S. District Court - District of Massachusetts

**Place of Offense:**                     Category No.  _I_                    Investigating Agency  _FBI_

**City** _____          **Related Case Information:**

**County**  _Suffolk_                     Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____   New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number  _20-MJ-2221-MBB_
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   NIKOLAI MIKHAYLOVICH RUMIANTCEV        Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       NIKOLAY RUMYANTSEV

Address          (City & State)

Birth date (Yr only): _____   SSN (last4#): _____   Sex _M_   Race: _____   Nationality: _Russian_

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Seth B. Kosto and Stephen E. Frank        Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

       ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   03/19/2021          Signature of AUSA: _____

1-2

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____