AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| VLADISLAV KLYUSHIN, | ) Case No. 21-CR-10104 |
| a/k/a "Vladislav Kliushin" | ) |
| | ) |
| *Defendant* | ) |

I hereby certify on 4/6/21 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ___
☒ original filed in my office on 4/6/21
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: _____

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **VLADISLAV KLYUSHIN**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to obtain unauthorized access to computers, and to commit wire fraud and securities fraud (18 U.S.C. § 371); wire fraud, aiding and abetting (18 U.S.C. §§ 1343 and 2); unauthorized access to computers; aiding and abetting (18 U.S.C. §§ 1030(a)(4) and 2); and securities fraud; aiding and abetting (15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2).

Date:  04/06/2021

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:  Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 06 APR 2021, and the person was arrested on *(date)* 18 DEC 2021
at *(city and state)* Zurich, Switzerland.

Date:  18 DEC 2021

*BJ Kang*
*Arresting officer's signature*

BJ KANG  Special Agent  FBI
*Printed name and title*