

Swiss Confederation
Confédération suisse
Swiss Confederation
Confederaziun svizra

Federal Department of Justice and Police FDJPD
**Federal Office for Justice BJ**
Directorate International Legal
Assistance Department Extradition

CH-3003 Bern, BJ / BJ 00413709 / RO45

**Enroll + AR**
TA Advisory SA
Rue Tabazan 9
1204 Geneva

Our sign: In 21 1292-1

Clerk: CIA

Bern, December 8, 2021

**Extradition request from the USA I. S. KLIUSHIN Vladislav, b. on September 8, 1980, Russian national**
**Delivery of goods**

Dear Ladies and Gentlemen

We refer to the extradition request of the Embassy of the USA in Bern of April 19, 2021 as well as to your opinion on the extradition of goods of August 5, 2021 and inform you of the following:

The FOJ has requested the Federal Office of Police fedpol, a division of IT Forensics, by e-mail of April 29, 2021, to make a decrypted copy of the seized data carriers of the smartphone Apple iPhone 12 (IMEI ▇▇▇▇▇▇▇▇▇▇▇) and the notebook Apple MacBook Rgo A1706 (number ▇▇▇▇▇▇▇▇▇▇▇). On July 12, 2021, fedpol handed over to the BJ the corresponding copy of the data carriers on an external drive.

A review of the data on the drive by the FOJ has shown that no data are stored on the data carriers of the aforementioned electronic devices, which could serve as evidence in the US criminal proceedings. For this reason, the issue of the copy of these data carriers to the US authorities is hereby rejected. The data will be destroyed by the BJ.

Friendly greetings

Federal Office of Justice

Andreas Cina

Federal Office of South Justice BJ
Andreas Cina
Bundesrain 20, 3003 Bern, Switzerland
Tel. +41 58 483 62 40 . Fax +41 58 462 53 80 andreas.cina@bj.admin.ch
www.bj.admin.ch

———
Translated by Lykova, Kalchanskiy,
Andrianova and Partners LLC
29 December 2021

BJ 00413709 / RO45