

| | |
|---|---|
| **Name:** | Иван Ермаков |
| **Device description:** | |
| **Source:** | |
| **Account:** | |
| **Group:** | |
| **Created:** | 3/17/2018 11:58:58 AM(UTC+3) |
| **Modified:** | 5/15/2020 1:25:35 PM(UTC+3) |
| **Last time contacted:** | |
| **Times contacted:** | |