UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES OF AMERICA   )
                                          )
            v.                            )        Criminal No. 21-10104-PBS
                                          )
VLADISLAV KLYUSHIN,          )
    a/k/a "Vladislav Kliushin"       )
IVAN ERMAKOV,                   )
    a/k/a "Ivan Yermakov", and   )
NIKOLAI RUMIANTCEV,        )
    a/k/a "Nikolay Rumyantcev"   )
                                          )
            Defendants.              )
_____)


<u>STIPULATION</u>

The parties hereby stipulate and agree that defendant Vladislav Klyushin was arrested in

Sion, Switzerland on March 21, 2021 at approximately 13:30 local time, which was 12:30 UTC

time.  This stipulation is admissible evidence.

Respectfully submitted,


VLADISLAV KLYUSHIN                         RACHAEL S. ROLLINS
Defendant                                        United States Attorney


*By:  /s Maksim Nemtsev*                           */s/ Stephen E. Frank*
MAKSIM NEMTSEV                            STEPHEN E. FRANK
MARC FERNICH                               SETH B. KOSTO
Counsel for Defendant                        Assistant United States Attorneys

January 16, 2023