UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>VLADISLAV KLYUSHIN,                    )<br>  a/k/a "Vladislav Kliushin"            )<br>IVAN ERMAKOV,                           )<br>  a/k/a "Ivan Yermakov", and            )<br>NIKOLAI RUMIANTCEV,                     )<br>  a/k/a "Nikolay Rumyantcev"            )<br>)<br>            Defendants.                  )<br>) | Criminal No. 21-10104-PBS |

## STIPULATION #2

The parties hereby stipulate and agree that defendant Vladislav Klyushin was married to Zhannetta Klyushina, who is also known as Zhanna Klyushina, at all times relevant to the charges in the Indictment. This stipulation is admissible in evidence.

Respectfully submitted,

| VLADISLAV KLYUSHIN<br>Defendant | RACHAEL S. ROLLINS<br>United States Attorney |
|---|---|
| By: /s Maksim Nemtsev<br>  MAKSIM NEMTSEV<br>  MARC FERNICH<br>  Counsel for Defendant | /s/ Stephen E. Frank<br>  STEPHEN E. FRANK<br>  SETH B. KOSTO<br>  Assistant United States Attorneys |

January 23, 2023