**EXHIBIT A**

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Amber Vaught_, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by StackPath LLC, _____ and my title is _Chief Accounting Officer_ I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

I state that the records attached hereto are true duplicates of the original records in the custody StackPath LLC _____. The attached records consist of Documents bearing Bates Nos. STPH-001 to STPH-221.

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of StackPath LLC _____, and they were made by StackPath LLC _____ as a regular practice; and

b.      such records were generated by StackPath LLC's ___ electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of StackPath LLC _____ in a manner to ensure that they are true duplicates of the original records; and

2.    the process or system is regularly verified by <u>StackPath LLC          </u>, and at
all times pertinent to the records certified here the process and system functioned
properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of
the Federal Rules of Evidence.

_____1/27/23_____

Date

_____

Signature

**EXHIBIT B**



**Registration History of 104.238.37.0/24 for the time period of May 18, 2018 to September 30, 2020**

The following information represents ARIN's records as to the registration history of the following Internet Protocol (IP) block: 104.238.37.0/24.

104.238.37.0/24 is part of a larger /19 IP block (104.238.32.0/19).

Since May 18, 2018 at 14:26:14, 104.238.32.0/19 has been directly registered to the following organization:

    NetRange:     104.238.32.0 - 104.238.63.255
    CIDR:         104.238.32.0/19
    NetName:      NET104-238
    NetHandle:    NET-104-238-32-0-1
    Parent:       NET104 (NET-104-0-0-0-0)
    NetType:      Direct Allocation
    OriginAS:     AS62874
    Organization: Web2Objects LLC (WL-113)
    RegDate:      2014-12-03
    Updated:      2021-06-16
    Ref:          https://rdap.arin.net/registry/ip/104.238.32.0

    OrgName:      Web2Objects LLC
    OrgId:        WL-113
    Address:      228 Park Ave S #34617
    City:         New York
    StateProv:    NY
    PostalCode:   10003
    Country:      US
    RegDate:      2013-10-08
    Updated:      2022-05-11
    Comment:      Support and complaints via e-mail only!
    Ref:          https://rdap.arin.net/registry/entity/WL-113
    Linked web users: florian.web2objects; Florian Moschner; florian@web2objects.com

    OrgTechHandle: WNT4-ARIN
    OrgTechName:  web2objects NOC team
    OrgTechPhone: +1-201-497-0599
    OrgTechEmail: noc@web2objects.com
    OrgTechRef:   https://rdap.arin.net/registry/entity/WNT4-ARIN

EXHIBIT

176

21-cr-10104-PBS



On June 18, 2018 at 20:36:55, Web2Objects LLC reassigned 104.238.37.0/24 to the following organization:

Org Handle: STL-281
Org Name: Strong Technology LLC
Can Allocate: No
Address: 1 Summer Street
City: Boston
State/Province: MA
Postal Code: 02110
Country Code: US

POC: ABUSE2369-ARIN
Status: Unverified
POC Type: General use
Contact Type: Role
Uses X509: N
Last Name or Role Name: Abuse
First Name:
Middle Name:
Company Name: Strong Technology LLC
Street:  1920 McKinney Ave 7th Floor
City: Dallas
State/Province: TX
Postal Code: 75201
Country: United States
Email Address: abuse@strongtechnology.net
Phone: +1-415-255-5711 (Office) +1-858-712-8055 (Fax)
Linked web users:  davide; David Edwards; david.edwards@netprotect.com

KLYUSHIN-HC-001886

**EXHIBIT C**



**Web2Objects LLC**
228 Park Ave S #34617
New York, New York 10003
United States

May 30th, 2018

Letter of Authorization

To whom it may concern:

Web2Objects LLC authorizes MICFO (AS53889 and AS63008) to announce or re-advertize the following IPv4 prefix:

104.238.37.0/24 Boston, 104.238.38.0/24 Cleveland, 45.56.172.0/24 Denver
45.56.173.0/24 Milwaukee, 45.56.174.0/24 Nashville
45.56.160.0/24 Salt Lake City, 45.56.161.0/24 St. Louis

This authorization shall remain in effect until revoked or modified by Web2Objects LLC in writing.

By signing below, I certify that I am authorized on behalf of Web2Objects LLC to execute this LoA.

Best regards,

Florian Moschner
Web2Objects LLC

| EXHIBIT |
| --- |
| **145** |
| 21-cr-10104-PBS |

KLYUSHIN-HC-000474

**EXHIBIT D**

# COLLOCATION/INTERCONNECTION LICENSE

## MARKLEY BOSTON, LLC,

a Delaware Limited Liability Company

as Licensor,

and

## MICFO LLC

a Nevada Limited Liability Company

as Licensee

**EXHIBIT**

**142**

**21-cr-10104-PBS**

## MARKLEY BOSTON

### COLLOCATION/INTERCONNECTION LICENSE

This Collocation/Interconnection License (the "License"), dated as of the date set forth in Item 1 of the Summary of Basic License Information (the "Summary"), below, is made by and between MARKLEY BOSTON, LLC, a Delaware Limited Liability Company, as Licensor ("Markley"), and MICFO LLC, a Nevada Limited Liability Company, as Licensee ("Customer").

### SUMMARY OF BASIC LICENSE INFORMATION

| ITEM | TERMS OF LICENSE | DESCRIPTION |
|------|------------------|-------------|
| 1. | Date: | December__, 2015 (the "Effective Date") |
| 2. | **Premises** (Section 1): | |
| | 2.1   Building: | Approximately 392,000 rentable square feet at One Summer Street, Boston, Massachusetts 02110. |
| | 2.2   Premises: | One (1) APC AR3100 cabinet supplied by Markley, as more particularly shown on Exhibit A attached to the License. |
| 3. | **License Term** (Section 2): | |
| | 3.1   Length of Term: | Three (3) years and no (0) months. |
| | 3.2   License Commencement  Date: | Upon the earlier of (1) completion of Markley's Work or (2) Customer obtaining connectivity in the Premises. |
| | 3.3   License Expiration Date: | The date immediately preceding the three (3) year anniversary of the License Commencement Date. |
| 4. | **Summary of Fees** (Section 3): | |
| | 4.1   Space and Reserved UPS Fee: | $900 monthly with 4% annual escalations on the anniversary of the License Commencement Date. The first month fee payment is due upon execution of this License Agreement. |
| | 4.2   Cross-Connection Fees: | $250 monthly per Fiber cross-connection (with one-time $350 cabling charge per cross-connection), $75 monthly for each coax cross-connection (with a one-time $150 cabling charge), $50 monthly for each copper or Ethernet cross connection (with a one-time $150 cabling fee), $250 monthly per LGX Panel in the 4th Floor Cross Connection Room, with capacity of up to 144 ports (with a one-time $1,000 installation fee) (reduces monthly charges for Fiber cross-connections to $200, with one-time cabling charge of $350 per cross-connect), $75 monthly for each Canoga connection, $200 monthly per Blade in the 5th Floor Cross-Connect room, with capacity of up to 48 ports (with a one-time $1,250 installation fee) reduces monthly charges for 5th Floor Fiber cross-connections to $200, with a one-time cabling charge of $350 per cross-connect). Cross-Connect fees are subject to 4% annual escalations on the anniversary of the License Commencement Date. |
| | 4.3   Monthly Utility Fee: | $400 monthly with 4% annual escalations on the anniversary of the License Commencement Date. The first month Utility fee is due upon execution of this License Agreement. |
| | 4.4   Non-Recurring Set-Up Fee: | $500, due upon execution of this License. |
| | 4.5   Fee Commencement Date: | Same as the License Commencement Date Referenced in Summary Section 3.2 above. |
| 5. | **Manner and Location of Payment:** | Payment of the Fees (as defined in Section 3 of this License) or any component thereof shall be made from time to time by Customer to Markley by (a) wire transfer of immediately available funds into account number ▓▓▓▓ at TD Bank, N.A., ABA No. 211370545, (b) check sent by regular mail to ▓▓▓▓ Boston, MA 02205-5008, or (c) as otherwise designated by TD Bank, N.A. (the "Secured Party") under the Borrower's secured credit facility (the "Secured Credit Facility") from time to time upon written notice to the Customer. Until the Customer receives written notice from the Secured Party that the Secured Credit Facility has been terminated, neither the Markley nor the Customer (or both of them) may amend this Item 5 in any respect without the prior written consent of the Secured Party. |
| 6. | **Security Deposit:** | Two (2) months Space and Reserved UPS Fee, due upon execution of this License and refundable upon expiration of the Term. |
| 7. | **Address of Customer:** (Section 13.9): | Attention Legal Department<br>198 East Bay Street, Suite 201<br>Charleston, SC 29401<br><br>Phone: 800-900-7744 |
| 8. | **Address of Markley:** (Section 13.9): | Attention: Legal Department<br>Markley Boston, LLC<br>One Summer Street, 5th Floor<br>Boston, Massachusetts 02110<br>Phone: 617.451.6464 |

CONFIDENTIAL

MAR002

**EXHIBIT B**

**NOTICE OF LICENSE TERM DATES**

To: _____
_____
_____
Telephone: _____
E-mail: _____

Re:     Collocation/Interconnection License dated December__, 2015 between MARKLEY BOSTON, LLC, a Delaware Limited Liability Company ("Markley"), and MICFO, LLC a Nevada Limited Liability Company ("Customer") concerning one (1) cabinet in the Building located at Markley Street, Boston, Massachusetts 02110.

Gentlemen:

In accordance with the Collocation/Interconnection License (the "License"), we wish to advise you and/or confirm as follows:

1.   The License Term shall commence on or has commenced on the License Commencement Date of December ___, 2015 for a License Term of three (3) years, ending on _____, 2018.

2.   Space and Reserved UPS Fees commenced to accrue on _____, 2015, in the amount of $900 per month.

3.   Your payment checks should be made payable to Markley Boston, LLC, or such other person or entity as designated in writing by Markley .

"Markley":

MARKLEY BOSTON, LLC,
a Delaware Limited Liability Company

By: _____
Name: Jeffrey D. Markley
Its: Manager

Agreed to and Accepted
as of December 23, 2015.

"Customer":

MICFO, LLC,
a Nevada Limited Liability Company

By: _____
Name: Amir Golestan
Its: Executive Director

EXHIBIT B

MAR009

**Markley Boston, LLC**
**1 Summer Street, 5th Floor**
One Summer Street
Boston, MA  02110
(617) 451-6464

Invoice # 215486

For Billing Inquiries Email: dvaca@markleygroup.com

**Invoice Date: 9/14/2018**

MICFO LLC
198 East Bay St
Suite 201
Charleston, SC  29401

**ACCOUNT INFORMATION:**
Bldg-Lease #: 05-000811
Suite # : 55030

| Period | Suite | Code | Description | Amount Due |
|--------|-------|------|-------------|-----------:|
| 10/1/2018 | 55030 | CAR | Cabinet/Cage Fee | 973.44 |
| 10/1/2018 | 55030 | FIB | Fiber Cross Connection | 540.80 |
| 10/1/2018 | 55030 | UTL | Utility Fee | 432.64 |

BALANCE DUE          1,946.88

---

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC

**Invoice Date: 9/14/2018**

Please send this portion of the invoice with your remittance.

INVOICE #  215486
MICFO LLC

**ACCOUNT INFORMATION:**
Bldg-Lease #: 05-000811
Suite # : 55030

Markley Boston, LLC
CL800103
P.O. Box 55008
Boston, MA  02205-5008

This invoice is provided as a courtesy notice regarding your fees
and/or rent charges. Payment is due on the first of each month and
will be considered past due after the first day of the month. Late
fee may be assessed pursuant to the terms of your agreement.

**PLEASE NOTE OUR NEW ADDRESS**

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC          BALANCE DUE          1,946.88

CONFIDENTIAL                                                          MAR063

Markley Boston, LLC
1 Summer Street, 5th Floor
One Summer Street
Boston, MA  02110
(617) 451-6464

Invoice # 218073

For Billing Inquires Email: dvaca@markleygroup.com

Invoice Date: 9/27/2018

MICFO LLC
198 East Bay St
Suite 201
Charleston, SC  29401

**ACCOUNT INFORMATION:**
Bldg-Lease #: 05-000811
Suite # : 55030

| Period | Suite | Code | Description | Amount Due |
|--------|-------|------|-------------|-----------|
| 10/1/2018 | 55030 | | TEC #40917-REMOTE HANDS | 950.00 |

|  |  |
|--|--|
| BALANCE DUE | 950.00 |

---

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC

| Invoice Date: 9/27/2018 | ACCOUNT INFORMATION: |
|-------------------------|----------------------|

Please send this portion of the invoice with your remittance.

INVOICE #  218073
MICFO LLC

Bldg-Lease #: 05-000811
Suite # : 55030

Markley Boston, LLC
CL800103
P.O. Box 55008
Boston, MA  02205-5008

**This invoice is provided as a courtesy notice regarding your fees and/or rent charges. Payment is due on the first of each month and will be considered past due after the first day of the month. Late fee may be assessed pursuant to the terms of your agreement.**

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC

BALANCE DUE          950.00

CONFIDENTIAL

MAR064

**Markley Boston, LLC**
**1 Summer Street, 5th Floor**
One Summer Street
Boston, MA  02110
(617) 451-6464

Invoice # 220300

For Billing Inquiries Email: dvaca@markleygroup.com

**Invoice Date: 10/11/2018**

MICFO LLC
198 East Bay St
Suite 201
Charleston, SC  29401

**ACCOUNT INFORMATION:**
Bldg-Lease #: 05-000811
Suite # : 55030

| Period | Suite | Code | Description | Amount Due |
|--------|-------|------|-------------|-----------|
| 11/1/2018 | 55030 | CAR | Cabinet/Cage Fee | 973.44 |
| 11/1/2018 | 55030 | FIB | Fiber Cross Connection | 540.80 |
| 11/1/2018 | 55030 | UTL | Utility Fee | 432.64 |

BALANCE DUE             1,946.88

---

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC
**Invoice Date: 10/11/2018**                                              **ACCOUNT INFORMATION:**

Please send this portion of the invoice with your remittance.

INVOICE #  220300                    Bldg-Lease #: 05-000811
MICFO LLC                            Suite # : 55030

Markley Boston, LLC
CL800103
P.O. Box 55008
Boston, MA  02205-5008

**This invoice is provided as a courtesy notice regarding your fees
and/or rent charges. Payment is due on the first of each month and
will be considered past due after the first day of the month. Late
fee may be assessed pursuant to the terms of your agreement.**

**PLEASE NOTE OUR NEW ADDRESS**

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC          BALANCE DUE             1,946.88

CONFIDENTIAL                                                            MAR065

Markley Boston, LLC
1 Summer Street, 5th Floor
One Summer Street
Boston, MA  02110
(617) 451-6464

Invoice # 224506

For Billing Inquiries Email: dvaca@markleygroup.com

Invoice Date: 11/20/2018

MICFO LLC
198 East Bay St
Suite 201
Charleston, SC  29401

**ACCOUNT INFORMATION:**
Bldg-Lease #: 05-000811
Suite # : 55030

| Period | Suite | Code | Description | Amount Due |
|--------|-------|------|-------------|-----------:|
| 12/1/2018 | 55030 | CAR | Cabinet/Cage Fee | 973.44 |
| 12/1/2018 | 55030 | FIB | Fiber Cross Connection | 540.80 |
| 12/1/2018 | 55030 | UTL | Utility Fee | 432.64 |

BALANCE DUE            1,946.88

---

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC

**Invoice Date: 11/20/2018**                                      **ACCOUNT INFORMATION:**

Please send this portion of the invoice with your remittance.

INVOICE #  224506
MICFO LLC

Bldg-Lease #: 05-000811
Suite # : 55030

Markley Boston, LLC
CL800103
P.O. Box 55008
Boston, MA  02205-5008

This invoice is provided as a courtesy notice regarding your fees
and/or rent charges. Payment is due on the first of each month and
will be considered past due after the first day of the month. Late
fee may be assessed pursuant to the terms of your agreement.

**PLEASE NOTE OUR NEW ADDRESS**

**MAKE CHECKS PAYABLE TO:**   Markley Boston, LLC                    BALANCE DUE            1,946.88

CONFIDENTIAL                                             MAR066

**EXHIBIT E**





EXHIBIT

142D

21-cr-10104-PBS



**EXHIBIT F**

8/5/2019                                    Private Cloud Solutions - Invoice #569834

 **PAID**

Invoice #569834

**Invoiced To**                                      **Pay To**
Mudhook Marketing                                    Micfo
Sherri Russell                                       ATTN: Accounts Receivable
1920 McKinney Avenue, 7th Floor,                     198 East Bay Street, 2nd Floor
Dallas, Texas, 75201                                 Charleston, SC 29401
United States                                        United States

**Invoice Date**                                     **Payment Method**
Thursday, July 25th, 2019                            Square/Credit Card

---

### Invoice Items

| Description | Amount |
| --- | --- |
| Custom Built - BOS \| 104.238.37.0/24 (08/01/2019 - 08/31/2019) <br> DC Location: BOS - Boston, MA <br> Location: Colocation <br> Server Space: U-07 <br> Processor: 2x Intel Xeon E5-2697v2 <br> Hard Drive: 2 x 1 TB <br> Memory: 64 GB <br> RAID Card: RAID-1 Software <br> Operating System: --To Be Confirmed-- <br> Control Panel: None <br> IP Address: /27 subnet, 29 Usable IP <br> Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) <br> Port: 1 Gbps | $505.00 USD |

**EXHIBIT**

**140**

21-cr-10104-PBS

STPH-001

KLYUSHIN-HC-000035

8/5/2019                               Private Cloud Solutions - Invoice #569834

| Description | Amount |
|---|---|
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (08/01/2019 - 08/31/2019)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |

| | |
|---|---|
| **Sub Total** | $1,010.00 USD |
| **Credit** | $0.00 USD |
| **Total** | $1,010.00 USD |

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| Monday, August 5th, 2019 | - | I1dklMSnCv3kzf9dZz7yC77eV | $1,010.00 USD |
| | | **Balance** | $0.00 USD |

KLYUSHIN-HC-000036

8/5/2019                          Private Cloud Solutions - Invoice #566845



**PAID**

Invoice #566845

| **Invoiced To** | **Pay To** |
|---|---|
| Mudhook Marketing | Micfo |
| Sherri Russell | ATTN: Accounts Receivable |
| 1920 McKinney Avenue, 7th Floor, | 198 East Bay Street, 2nd Floor |
| Dallas, Texas, 75201 | Charleston, SC 29401 |
| United States | United States |

**Invoice Date**

Monday, June 24th, 2019

**Payment Method**

Square/Credit Card

### Invoice Items

| Description | Amount |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (07/01/2019 - 07/31/2019) | $505.00 USD |
| DC Location: BOS - Boston, MA | |
| Location: Colocation | |
| Server Space: U-07 | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /27 subnet, 29 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

STPH-003

KLYUSHIN-HC-000037

8/5/2019                        Private Cloud Solutions - Invoice #566845

| Description | Amount |
| --- | --- |
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (07/01/2019 - 07/31/2019) | $505.00 USD |
| DC Location: DEN - Denver, CO | |
| Location: Colocation | |
| Server Space: --To Be Confirmed-- | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /29 subnet, 5 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

|  | Sub Total | $1,010.00 USD |
| --- | --- | --- |
|  | Credit | $0.00 USD |
|  | Total | $1,010.00 USD |

| Transaction Date | Gateway | Transaction ID | Amount |
| --- | --- | --- | --- |
| Monday, August 5th, 2019 | - | MLniAqSnONdbQ3GN4QpMZf8eV | $1,010.00 USD |
|  |  | Balance | $0.00 USD |

STPH-004

KLYUSHIN-HC-000038





Micfo
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #536341

Invoice Date: Saturday, November 24th, 2018

Due Date: Saturday, December 1st, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/01/2018 - 12/31/2018)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: U-07<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (12/01/2018 - 12/31/2018)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Sub Total | $1,010.00 USD |
| Credit | $0.00 USD |
| Total | $1,010.00 USD |

STPH-005

KLYUSHIN-HC-000039

Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| No Related Transactions Found | | | |
| | | Balance | $1,010.00 USD |

PDF Generated on Saturday, November 24th, 2018

STPH-006

KLYUSHIN-HC-000040





Micfo
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #538211

Invoice Date: Tuesday, December 4th, 2018

Due Date: Tuesday, December 11th, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - CLE \| 66.171.36.82 \| 66.171.36.80/29 (12/11/2018 - 01/10/2019)<br>DC Location: CLE - Cleveland, OH<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.66 \| 146.88.193.64/29 (12/11/2018 - 01/10/2019)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed-- | $505.00 USD |

STPH-007

KLYUSHIN-HC-000041

| | |
|---|---|
| Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | |
| Custom Built - JAN \| 45.56.174.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: JAN - Jackson, MS<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - MKE \| 45.56.173.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: MKE - Milwaukee, WI<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - STL \| 165.84.226.74 \| 165.84.226.72/29 (12/11/2018 - 01/10/2019)<br>DC Location: STL - St. Louis, MO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 10 Gbps | $505.00 USD |
| **Sub Total** | **$3,030.00 USD** |
| **Credit** | **$0.00 USD** |
| **Total** | **$3,030.00 USD** |

**Transactions**

STPH-008

KLYUSHIN-HC-000042

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| | No Related Transactions Found | | |
| | | Balance | $3,030.00 USD |

PDF Generated on Tuesday, December 4th, 2018

STPH-009

KLYUSHIN-HC-000043

**EXHIBIT G**

## Updating SWIP with ARIN

**From:**    Justin Baciao <justin.baciao@stackpath.com>

**To:**      Florian Moschner <florian@web2objects.com>

**Subject:** Re: Updating SWIP with ARIN

**Date:**    Wednesday, October 24, 2018 2:48 PM

**Size:**    18 KB

---

Florian,

Thanks for the list and apologies for the delayed response. Can we have the city and country updated on the following subnets?

185.244.8.0 – London, England
185.244.9.0 – London, England

104.238.36.0 – Warsaw, Poland
104.238.37.0 – Boston, MA (US)
104.238.38.0 – Cleveland, Ohio (US)
104.238.39.0 – Prague, Czech Republic

104.238.41.0 – Johannesburg, South Africa
104.238.44.0 – Vienna, Austria

45.56.137.0 – Milan, Italy

45.56.160.0 – Salt Lake City, Utah (US)
45.56.161.0 – St. Louis, Missouri (US)

45.56.169.0 – Atlanta, Georgia (US)
45.56.170.0 – Chicago, Illinois (US)
45.56.171.0 – New York City, New York (US)
45.56.172.0 – Denver, Colorado (US)
45.56.173.0 – Milwaukee, Wisconsin (US)
45.56.174.0 – Jackson, Mississippi (US)

There were three subnets that I wasn't able to place as I'm not sure where they are being used. I will have to check with Jacob Wall.

Please let me know if you need any other information.

Regards,

Justin Baciao
Systems Administrator
justin.baciao@stackpath.com
m: +1 602-319-1202
o: +1 480-739-6729
StackPath.com

On 10/5/18, 5:22 PM, "Florian Moschner" <florian@web2objects.com> wrote:

**EXHIBIT**

**147**

21-cr-10104-PBS

KLYUSHIN-HC-000494

Hello Justin,

I believe those are the ranges that you are leasing from us.

Please let me know what you would like to change.

185.244.8.0
185.244.9.0

104.238.34.0
104.238.35.0
104.238.36.0
104.238.37.0
104.238.38.0
104.238.39.0

104.238.41.0
104.238.44.0

104.238.50.0

45.56.137.0

45.56.160.0
45.56.161.0

45.56.169.0
45.56.170.0
45.56.171.0
45.56.172.0
45.56.173.0
45.56.174.0

KLYUSHIN-HC-000495

**EXHIBIT H**

# Updating SWIP with ARIN

**From:** Florian Moschner <florian@web2objects.com>

**To:** Justin Baciao <justin.baciao@stackpath.com>

**Cc:** Jacob Wall <jacob.wall@stackpath.com>

**Subject:** Re: Updating SWIP with ARIN

**Date:** Tuesday, November 13, 2018 11:22 AM

**Size:** 120 KB

---

Hello,

Attached is the current status.

Working on getting all to Yes.


—Florian


**prefixes.png** 84 KB

| Prefix | City | Country | Whois | Maxmind |
|---|---|---|---|---|
| 185.244.8.0 | London | England | Yes | Yes |
| 185.244.9.0 | London | England | Yes | Yes |
| 104.238.36.0 | Warsaw | Poland | Yes | Yes |
| 104.238.37.0 | Boston | US | Yes | Yes |
| 104.238.38.0 | Cleveland | US | Yes | No |
| 104.238.39.0 | Prague | CZ | Yes | No |
| 104.238.41.0 | Johannesburg | ZA | Yes | Yes |
| 104.238.44.0 | Vienna | AT | Yes | Yes |
| 45.56.160.0 | Salt Lake City | US | No | No |
| 45.56.161.0 | St. Louis | US | No | No |
| 45.56.169.0 | Atlanta | US | No | No |
| 45.56.170.0 | Chicago | US | Yes | Yes |
| 45.56.171.0 | NYC | US | Yes | Yes |
| 45.56.172.0 | Denver | US | No | No |
| 45.56.173.0 | Milwaukee | US | No | No |
| 45.56.174.0 | Jackson | US | No | No |