https://strongvpn.com/locations/
Go
SEP MAR MAY
08
2018 2019 2020
48 captures
9 Sep 2018 - 31 Dec 2022
About this capture

Case 1:21-cr-10104-PBS   Document 171-2   Filed 02/01/23   Page 1 of 2



WHAT IS VPN    PLANS    VPN APPS    HELP    ACCOUNT    JOIN NOW





Cookies help us optimize your visit. They are also used for stats, social media, and marketing. By continuing, you accept this. Learn more    Got it!

| City | Country | Server Name | VPN Type | Static or Dynamic | Accounts Available | Speedtest |
|---|---|---|---|---|---|---|
| Atlanta | United States | str-atl302 | OPEN | Shared IP | 0 | |
| Atlanta | United States | vpn-at4 | OPEN | Static IP | 65 | |
| Basel | Switzerland | vpn-or1 | OPEN | Static IP | 53 | |
| Buffalo | United States | vpn-fn1 | PPTP | Dynamic IP | 323 | |
| Buffalo | United States | str-buf101 | PPTP | Shared IP | 12 | |
| Buffalo | United States | vpn-fn2 | OPEN | Static IP | 51 | |
| Canterbury | United Kingdom | str-mse201 | PPTP | Shared IP | 96 | |
| Canterbury | United Kingdom | str-mse101 | PPTP | Shared IP | 85 | |