UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-10104-PBS |
| ) | |
| VLADISLAV KLYUSHIN, ) | |
|   a/k/a "Vladislav Kliushin" ) | |
| IVAN ERMAKOV, ) | |
|   a/k/a "Ivan Yermakov", and ) | |
| NIKOLAI RUMIANTCEV, ) | |
|   a/k/a "Nikolay Rumyantcev" ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S AMENDED WITNESS LIST

The government respectfully submits the following list of witnesses that it intends to call in its case-in-chief. The government reserves the right to amend and/or supplement this list with reasonable notice to the defendant.[1]

| Name | Entity/Location/ Representation |
|---|---|
| Brawner, Marc | Kroll<br>Nashville, TN<br>Represented by Peter Altman, Esq.,<br>Akin Gump Strauss Hauer & Feld, LLP<br>Los Angeles, CA |
| Clarke, Maxwell | Securities and Exchange Commission<br>Washington, DC |
| Cutchins, Devon | Markley Group<br>Los Angeles, CA<br>Represented by Kathleen Hamann, Esq.<br>Pierce Atwood, LLP<br>Washington, D.C. |
| Garabo, Bryan | Donnelly Financial Services<br>New York, NY<br>Represented by Pravin Rao, Esq.,<br>Perkins Coie, LLP, Chicago, IL |

---

[1] In particular, the government reserves the right to call records custodians to the extent necessary absent stipulations.

| | |
|---|---|
| Hartvigson, Daron | StoneTurn<br>Washington, D.C.<br>Represented by Pravin Rao, Esq.,<br>Perkins Coie, LLP, Chicago, IL |
| Hitchcock, David | Federal Bureau of Investigation<br>Washington, D.C. |
| Han, Hyeyoung | Donnelly Financial Services<br>Ulsan, South Korea<br>Represented by Pravin Rao, Esq.,<br>Perkins Coie, LLP, Chicago, IL |
| Kenny, Vince | Federal Bureau of Investigation<br>Salt Lake City, UT |
| Lewis, Jason | Donnelly Financial Services<br>Houston, TX<br>Represented by Pravin Rao, Esq.,<br>Perkins Coie, LLP, Chicago, IL |
| Moschner, Florian | Web2Objects, LLC<br>Seattle, WA |
| Oliver, Benjamin | Toppan Merrill<br>Eden Prairie, MN<br>Represented by Peter Altman, Esq.,<br>Akin Gump Strauss Hauer & Feld, LLP,<br>Los Angeles, CA |
| Shah, Aditi | Formerly of Micfo, LLC<br>Holly Springs, NC |
| Soma, Julie | Donnelly Financial Services<br>Seattle, WA<br>Represented by Pravin Rao, Esq.,<br>Perkins Coie, LLP, Chicago, IL |
| Uitto, Eric | Federal Bureau of Investigation<br>Huntsville, AL |
| Wall, Jacob | StackPath<br>Dallas, TX<br>Represented by Robert Taylor, Esq.,<br>Ziff Davis, Los Angeles, CA |
| Yanochko, Karyn (or other summary witness) | U.S. Attorney's Office<br>Boston, MA |
| Zorek, Jeffrey | Saxo Bank<br>Sarasota, FL<br>Represented by Seth DuCharme, Esq.,<br>Bracewell, LLP, New York, NY |

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

/s/ Seth B. Kosto
STEPHEN E. FRANK
SETH B. KOSTO
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I, Stephen E. Frank, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: February 3, 2023                    /s/ Seth B. Kosto
                                          Stephen E. Frank