UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10104-PBS |
| | ) | |
| VLADISLAV KLYUSHIN | ) | |
| Defendant | ) | |

**REPLY IN FURTHER SUPPORT OF MOTION TO PRECLUDE TESTIMONY OF SURPRISE GOVERNMENT WITNESS OR FOR OTHER RELIEF**

The government's scattershot opposition to our motion to preclude Aditi Shah's surprise testimony is, self-evidently, a study in diversion. The only claim warranting discussion is the truism that the government's witness list purported to "reserve[] the right to amend and/or supplement this list with reasonable notice to the defendant." Dkt. 178 at 5 (citation and internal quotation marks admitted).

But there's nothing "reasonable" about amending the list halfway through a two-week trial – after the defense has formed its strategy, presented an opening statement and questioned witnesses in justifiable reliance on the original list – the Fri. before a surprise witness's proposed Mon. testimony. That's especially so where, as here, the government has "known" that venue is an issue from the "get-go." T. 4-85.[1] And even assuming reasonable notice, the Court has ample

---

[1] Courts *do* reopen cases for the presentation of venue proof where the issue is uncontested, essentially to remedy technical oversights. *See* Dkt. 178 at 3-4. But venue *is* contested here, much as the government might wish it wasn't. Try as it may, the government can't just assume the dispute away. And the *Timothy Smith* cert grant belies the government's cynical attempt to reduce this important constitutional guarantee to some footnote or afterthought. *See* Dkt. 178 at 4.

1

discretion to *deny* the proposed amendment, as the government itself pointedly concedes. *See* Dkt. 178 at 3 (citing *U.S. v. Cruz*, 156 F.3d 22, 30 (CA1 1998)).

If the defense puts on a case – and if any defense case challenges venue – the government may seek to call Ms. Shah as a rebuttal witness, as in the materially indistinguishable *Gasparik*.

Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

**/s/ Marc Fernich**
Marc Fernich
Law Office of Marc Fernich
800 Third Avenue
Floor 20
New York, NY 10022
212-446-2346
Email: maf@fernichlaw.com

Dated: February 5, 2023

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, February 5, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
