| | | United States v. Vladislav Klyushin<br>21-cr-10104-PBS<br>MASTER EXHIBIT LIST | |
|---|---|---|---|
| **Exhibit Number** | **Proponent** | **Description** | **Date Admitted** |
| 1 | Government | Vladislav Klyushin Passport | 2/1/2023 |
| 2 | Government | Nikolai Rumiantcev Passport | 2/1/2023 |
| 3 | Government | Ivan Ermakov Passport | 2/1/2023 |
| 4 | Government | Boris Varshavskiy Passport | 2/1/2023 |
| 5 | Government | Sergey Uryadov Passport | 2/1/2023 |
| 6 | Government | Alexander Borodaev Passport | 2/1/2023 |
| 7 | Government | Mikhail Irzak Passport | 2/1/2023 |
| 8 | Government | Igor Sladkov Passport | 2/1/2023 |
| 9 | Government | Vladislav Klyushin Apple Subscriber Detail | 2/1/2023 |
| 10 | Government | Nikolai Rumiantcev Apple Subscriber Detail | |
| 11 | Government | Ivan Ermakov Apple Subscriber Detail | 2/1/2023 |
| 12 | Government | Zhanna Klyushina Contact (Original) | 2/6/2023 |
| 12A | Government | Zhanna Klyushina Contact (English Translation) | 2/6/2023 |
| 13 | Government | Photo | 2/1/2023 |
| 14 | Government | M13 Chat App Folders - Igor Sladkov | 2/2/2023 |
| 15 | Government | M13 Chat App Folders - Nikolai Rumiantcev | 2/2/2023 |
| 16 | Government | M13 Chat App Folders - Vladislav Klyushin | 2/2/2023 |
| 17 | Government | Photo | |
| 18 | Government | Photo | |
| 19 | Government | Photo | 2/2/2023 |
| 20 | Government | Photo | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 21 | Government | Photo | |
| 22 | Government | Photo | |
| 23 | Government | Photo | |
| 24 | Government | Photo | 2/2/2023 |
| 24A | Government | Screen Shot | |
| 25 | Government | Metadata for Exhibit 24 | |
| 26 | Government | Photo | 2/2/2023 |
| 26A | Government | Screen Shot | |
| 27 | Government | Metadata for Exhibit 26 | |
| 28 | Government | Photo | |
| 29 | Government | Video Clip | |
| 30 | Government | Photo | 2/2/2023 |
| 31 | | *Contested* | |
| 32 | | *Contested* | |
| 32A | Government | Photo - Date and Time | |
| 33 | Government | *Contested* | |
| 34 | Government | Photo | 2/2/2023 |
| 34A | Government | Photo - Date and Time | |
| 35 | Government | *Contested* | |
| 36 | Government | *Contested* | |
| 37 | Government | *Contested* | |
| 38 | | | |
| 39 | Government | *Contested* | |
| 40 | Government | *Contested* | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 41 | Government | *Contested* | |
| 42 | Government | *Contested* | |
| 43 | Government | *Contested* | |
| 44 | Government | *Contested* | |
| 45 | Government | *Contested* | |
| 46 | Government | Threema Chat | 2/2/2023 |
| 47 | Government | Media Item from Exhibit 46 | |
| 48 | Government | Media Item from Exhibit 46 | |
| 49A | Government | Media Item from Exhibit 46 | |
| 49B | Government | Media Item from Exhibit 46 | |
| 49C | Government | Media Item from Exhibit 46_Translated | |
| 49D | Government | Media Item from Exhibit 46 | |
| 49E | Government | Media Item from Exhibit 46_Translated | |
| 49F | Government | Media Item from Exhibit 46 | |
| 49G | Government | Media Item from Exhibit 46_Translated | |
| 50 | Government | Media Item from Exhibit 46 | 2/6/2023 |
| 51 | Government | Media Item from Exhibit 46 | |
| 52 | Government | Media Item from Exhibit 46 | 2/6/2023 |
| 53 | Government | Media Item from Exhibit 46 | |
| 54 | Government | Media Item from Exhibit 46 | |
| 55 | Government | Image from Klyushin iCloud Account - Original | 2/2/2023 |
| 55A | Government | Image from Klyushin iCloud Account- English Translation | 2/2/2023 |
| 56 | Government | Image from Klyushin iCloud Account - Original | 2/2/2023 |
| 56A | Government | Image from Klyushin iCloud Account- English Translation | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 57 | Government | Image from Klyushin iCloud Account - Original | 2/2/2023 |
| 57A | Government | Image from Klyushin iCloud Account- English Translation | 2/2/2023 |
| 58 | Government | List Employees Involved for Construction (Original) | 2/1/2023 |
| 58A | Government | List Employees Involved for Construction (English Translation) | 2/1/2023 |
| 59 | Government | M-13 Website Screenshot - Homepage (Original) | 2/1/2023 |
| 60 | Government | M-13 Website Screenshot - Monitoring and Analysis of Mass Media and Social Media (Original) | |
| 60A | Government | M-13 Website Screenshot - Monitoring and Analysis of Mass Media and Social Media (English Translation) | 2/1/2023 |
| 61 | Government | M-13 Website Screenshot - Katyusha (Original) | |
| 61A | Government | M-13 Website Screenshot - Katyusha (English Translation) | 2/1/2023 |
| 62 | Government | M-13 Website Screenshot - Cyber Security (Original) | |
| 62A | Government | M-13 Website Screenshot - Cyber Security (English Translation) | 2/1/2023 |
| 63 | Government | M-13 Website Screenshot - Cyber Security Consulting (Original) | |
| 63A | Government | M-13 Website Screenshot - Cyber Security Consulting (English Translation) | 2/1/2023 |
| 64 | Government | M-13 Website Screenshot - Instant Response Exercises (Original) | |
| 64A | Government | M-13 Website Screenshot - Instant Response Exercises (English Translation) | 2/1/2023 |
| 65 | Government | Ivan Ermakov - Apple iTunes Data (1-1-2017 through 6-23-2020) | |
| 66 | Government | Toppan Merrill - List of Indicators of Compromise | |
| 67 | | | |
| 68 | Government | Screenshot of iTunes Transaction for Ivan Ermakov iCloud Account | 2/2/2023 |
| 69 | | | |
| 70 | Government | Recording of Skype Conference Call - April 24, 2020 | 2/3/2023 |
| 70A | Government | Transcript of Skype Conference Call with English Translation - April 24, 2020 | 2/3/2023 |
| 70B | Government | Transcript of Skype Conference Call - April 24, 2020 (English Translation Redacted) | 2/3/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 71 | Government | DFIN AD3 Logs (Soma, Han, Lewis, Gray, Gebramarium, Oropeza, Heinzerling) | |
| 71A | Government | DFIN Log - 2018-02-05 071650 SNAP (Soma) | 1/31/2023 |
| 71B | Government | DFIN Log - 2018-05-09 074828 HZNP (Soma) | 1/31/2023 |
| 71C | Government | DFIN Log - 2018-05-09 074958 PUMA (Soma) | |
| 71D | Government | DFIN Log - 2018-05-09 075345 CTMX (Soma) | |
| 71E | Government | DFIN Log - 2018-05-09 075608 SYNA (Soma) | |
| 71F | Government | DFIN Log - 2018-10-22 132138 CMO (Soma) | 1/31/2023 |
| 71G | Government | DFIN Log - 2018-10-24 091831 TSLA (Soma) | 1/31/2023 |
| 71H | Government | DFIN Log - 2018-10-26 131353 SSNC (Soma) | |
| 71I | Government | DFIN Log - 2019-05-20 122912 KSS (Soma) | 1/31/2023 |
| 71J | Government | DFIN Log - 2019-07-29 170958 SSNC (Soma) | |
| 71K | Government | DFIN Log - 2019-10-23 101706 TSLA (Soma) | 2/7/2023 |
| 71L | Government | DFIN Log - 2019-11-06 125449 ROKU (Soma) | |
| 71M | Government | DFIN Log - 2018-11-06 09_05_19 ROKU (Soma) | |
| 71N | Government | DFIN Log - 2019-07-16 06_38_53 Skechers (Soma) | 1/31/2023 |
| 71O | | | |
| 71P | Government | DFIN Log - 2019-11-15 13_33_34 KSS (Soma) | 1/31/2023 |
| 71Q | Government | DFIN Log - 2020-07-22 16_04_59 Tesla (Gray) | |
| 71R | Government | DFIN Log - 2020-04-20 09_42_16 Tesla (Han) | 1/31/2023 |
| 71S | Government | DFIN Log - 2020-01-28 10_55_34 Tesla (Han) | |
| 71T | Government | DFIN Log - 2020-01-29 08_33_16 Tesla (Han) | |
| 72 | Government | TM Bridge Logs Oliver (Jan. 16, 2020) | |
| 73 | Government | TM Bridge Logs Oliver (Jan. 2020) | 1/31/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 74 | Government | TM Bridge Logs Smallman (Jan. 2020) TM Logs  USLEDGE - SMALLMAN/AJS HOTMAIL JANUARY 2021 | 1/31/2023 |
| 75 | Government | TM Bridge Logs USL-EDGE (Jan. 2019 to Jan. 2020) | 1/31/2023 |
| 76 | Government | TM IOC's | |
| 77 | Government | TM IOC's | |
| 77A | Government | TM IOC's - Redacted | 1/31/2023 |
| 78 | Government | Screenshot of Media Item | 2/2/2023 |
| 79 | Government | Facebook Subscriber Information - m13ru | 2/2/2023 |
| 80 | Government | Email to neumann@dr.com from sales@99stack.com - Aug. 15, 2018 | |
| 80A | Government | 1&1 Media Subscriber Information for Neumann@dr.com | |
| 81 | Government | Ex. 99.1 - SNAP Inc. 2/6/18 | 2/2/2023 |
| 82 | Government | Ex. 99.1 - SSNC 10/31/18 | 2/2/2023 |
| 83 | Government | Broker Credit Service Report - Igor Sladkov - 6/29/18 - 12/31/18 | |
| 84 | Government | OTK Statement of Account - Alexander Borodaev - 1/1/18 - 5/20/21 | |
| 85 | Government | OTK Statement of Account - Boris Varshavskiy - 1/1/18 - 5/20/21 | |
| 86 | Government | OTK Statement of Account - Nikolai Rumiantcev - 1/1/18 - 5/20/21 | |
| 87 | Government | OTK Statement of Account - Sergey Uryadov - 1/1/18 - 5/20/21 | |
| 88 | Government | OTK Statement of Account - Vladislav Kliushin (USAM586) - 1/1/18 - 5/20/21 | |
| 89 | Government | OTK Statement of Account - Vladislav Kliushin (USAM873) - 1/1/18 - 5/20/21 | |
| 90 | Government | OTK Statement of Account - Vladislav Kliushin (USAM919) - 1/1/18 - 5/20/21 | |
| 91 | Government | OTK Statement of Account - Vladislav Kliushin (USAM922) - 1/1/18 - 5/20/21 | |
| 92 | Government | OTK Statement of Account -Vladislav Kliushin (USAM923) - 1/1/18 - 5/20/21 | |
| 93 | Government | OTK Statement of Account - M13, LLC- 1/1/18 - 6/7/20 | |
| 94 | Government | Saxo Client Statement - Alexander Borodaev - 11/30/19-12/31/19 | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 95 | Government | Saxo Client Statement - Mikhail Irzak - 11/14/19-11/30/19 | 2/2/2023 |
| 96 | Government | Saxo Client Statement - Sergey Uryadov - 11/30/19 - 12/31/19 | 2/2/2023 |
| 97 | Government | Saxo Client Statement - Vladislav Kliushin - 11/30/19-12/31/19 | 2/2/2023 |
| 98 | Government | Zerich Securities Ltd. - Activity Statement - Mikhail Irzak - 8/1/18-8/31/18 | |
| 99 | Government | Photo | |
| 100 | Government | Video Clip | 2/1/2023 |
| 101 | Government | Photo | |
| 102 | Government | Photo | |
| 103 | Government | Photo | |
| 104 | Government | Photo | |
| 105 | Government | Photo | |
| 106 | Government | Photo | 2/1/2023 |
| 107 | Government | Photo | 2/1/2023 |
| 108 | Government | Photo | 2/1/2023 |
| 109 | Government | Photo | 2/1/2023 |
| 110 | Government | Video Clip | 2/1/2023 |
| 111 | Government | Video Clip | |
| 112 | Government | Photo | |
| 113 | Government | Photo | |
| 114 | Government | Photo | |
| 115 | Government | Photo | |
| 116 | Government | *Contested* | |
| 117 | Government | *Contested* | |
| 118 | Government | Video Clip | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 119 | Government | Photo | 2/1/2023 |
| 120 | Government | Photo | 2/1/2023 |
| 121 | Government | Video Clip | |
| 122 | Government | Video Clip | 2/1/2023 |
| 123 | Government | Photo | 2/1/2023 |
| 124 | Government | Photo | 2/1/2023 |
| 125 | Government | Photo | 2/1/2023 |
| 126 | Government | Video Clip | |
| 127 | Government | Photo | 2/1/2023 |
| 128 | Government | Photo | 2/1/2023 |
| 129 | Government | Photo | 2/2/2023 |
| 130 | Government | DediPath Business Record - 185.228.19.146/29 - Client Information | 2/2/2023 |
| 131 | Government | Screenshot | |
| 132 | Government | Screenshot | |
| 133 | Government | Screenshot | 2/2/2023 |
| 134 | Government | Saxo Bank Power of Attorney - Vladislav Klyushin - Nikolai Rumiantcev (Original) | 2/2/2023 |
| 134A | Government | Saxo Bank Power of Attorney - Vladislav Klyushin - Nikolai Rumiantcev (English Translation) | 2/2/2023 |
| 135 | Government | E. Klyushin Birth Certificate | |
| 135A | Government | Translation of Birth Certificate | |
| 136 | Government | M13 Chat Bubbles - Igor Sladkov | 2/2/2023 |
| 137 | Government | M13 Chat Bubbles - Nikolai Rumiantcev | 2/2/2023 |
| 138 | | | |
| 139 | | | |
| 140 | Government | Stackpath Micfo Invoices | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 141 | Government | Red Team Company Campaign for Corporate Information System of Avilex LLC - 2019 (Original) | 2/1/2023 |
| 141A | Government | Red Team Company Campaign for Corporate Information System of Avilex LLC - 2019 (English Translation) | 2/1/2023 |
| 142 | Government | Markley Boston LLC - Contract and Invoices | 2/2/2023 |
| 142A | Government | Photo of Server Cabinet - 9/13/2018 | 2/2/2023 |
| 142B | Government | *Contested* | |
| 142C | Government | *Contested* | |
| 142D | Government | Photo of Server Cabinet - Metadata | 2/2/2023 |
| 143 | Government | Letter from Zhanetta Klyushina -12-21-21 | |
| 144 | Government | Transcript Excerpt from Intial Appearance Hearing -12-20-21 | |
| 145 | Government | Web2Objects - Letter of Authorization - 5-30-18 | 2/2/2023 |
| 146 | Government | *Contested* | |
| 147 | Government | *Contested* | |
| 148 | Government | M13 Facebook Page Screenshot 1 | 2/2/2023 |
| 149 | Government | M13 Facebook Page Screenshot 2 | 2/1/2023 |
| 150 | Government | Reuters Article 5-22-17 - *Ukrainian Hacker Gets Prison in U.S. Insider Trading Case* | 2/2/2023 |
| 151 | Government | WhatsApp Communications between Vladislav Klyushin and Ivan Ermakov 10/29/18 - 10/4/2020 | |
| 151-A | Government | WhatsApp Communications Excerpt | 2/1/2023 |
| 151-B | Government | WhatsApp Communications Excerpt | 2/1/2023 |
| 151-C | Government | WhatsApp Communications Excerpt | 2/1/2023 |
| 151-D | Government | WhatsApp Communications Excerpt | |
| 151-E | Government | WhatsApp Communications Excerpt | 2/6/2023 |
| 151-F | Government | WhatsApp Communications Excerpt | 2/1/2023 |
| 151-G | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-H | Government | WhatsApp Communications Excerpt | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 151-I | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-J | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-K | Government | WhatsApp Communications Excerpt | |
| 151-L | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-M | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-N | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 151-O | Government | WhatsApp Communications Excerpt | 2/2/2023 |
| 152 | Government | WhatsApp GroupChat among Vladislav Klyushin-Alexander Borodaev-Boris Varshavskiy - 9/27/18-10/3/20 | |
| 152A | Government | Translation of 10/24/18 Excerpt from Exhibit 152 | 2/1/2023 |
| 152B | Government | Translation of 3/11/19 Excerpt from Exhibit 152 | 2/1/2023 |
| 152C | Government | Media reference (Original) | 2/1/2023 |
| 152D | Government | Media reference (English Translation) | 2/1/2023 |
| 153 | Government | Zhanetta Klyusuhina Whats App Pen Data | 2/6/2023 |
| 154 | | | |
| 154A | | | |
| 155 | Government | LAVR Document (Original) | 2/2/2023 |
| 155A | Government | LAVR Document (English Translation) | 2/2/2023 |
| 156 | Government | Email from Edgars Kuplais to Jeff Zorek, et al., re: Kliushin - 7/9/20 | 2/3/2023 |
| 157 | | | |
| 158 | Government | Virtual Machine Artifact 1 | 2/7/2023 |
| 158A | Government | Finance Stands.com | 2/7/2023 |
| 159 | Government | Virtual Machine Artifact 2 | 2/7/2023 |
| 160 | Government | Virtual Machine Artifact 3 | 2/7/2023 |
| 161 | Government | Virtual Machine Artifact 4 | 2/7/2023 |
| 162 | Government | U.S. Dedicated Business Record – 64.42.179.159 | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 163 | Government | Quintex/airvpn 199.249.230/1-47 | 2/2/2023 |
| 163A | Government | Quintex/airvpn 199.249.230.130 | 2/2/2023 |
| 164 | Government | Photo | |
| 165 | Government | Photo | |
| 166 | Government | Photo | |
| 167 | Government | Photo | |
| 168 | Government | Contact card (Original) | |
| 168A | Government | Contact card (English Translation) | |
| 169 | Government | Screenshot (Original) | |
| 169A | Government | Screenshot (English Translation) | |
| 170 | Government | Contact card (Original) | 2/1/2023 |
| 170A | Government | Contact card (English Translation) | 2/1/2023 |
| 171 | Government | Contact card (Original) | 2/2/2023 |
| 171A | Government | Contact card (English Translation) | 2/2/2023 |
| 172 | Government | Contact card (Original) | |
| 172A | Government | Contact card (English Translation) | |
| 173A | Government | Namecheap Transactional Records- wanconnie - Dec_15_2020 | 2/2/2023 |
| 173B | Government | Namecheap Transactional Records- tyushiki - May_05_2020 | 2/2/2023 |
| 173C | Government | Namecheap Transactional Records-malikaellis - Apr_30_2020 | 2/2/2023 |
| 173D | Government | Namecheap Transactional Records-magnoliafreeda - Apr_30_2020 | 2/2/2023 |
| 173E | Government | Namecheap Transactional Records-lienroberto - Apr_30_2020 | 2/2/2023 |
| 173F | Government | Namecheap Transactional Records-kimaustin - Apr_30_2020 | 2/2/2023 |
| 173G | Government | Namecheap Transactional Records-brittadrien - Apr_30_2020 | 2/2/2023 |
| 173H | Government | Namecheap Transactional Records-aureachi - Apr_30_2020 | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 173I | Government | Namecheap Transactional Records-abigailfelecia40 - Apr_30_2020 | 2/2/2023 |
| 173J | Government | Namecheap Transactional Records-abbiebula72 - Apr_30_2020 | 2/2/2023 |
| 173K | Government | Namecheap Transactional Records-reginesheryl - Apr_30_2020 | 2/2/2023 |
| 173L | Government | Namecheap Transactional Records-carlynjesse - Aug_06_2020 | 2/2/2023 |
| 173M | Government | Namecheap Transactional Records-ethelbaile - Aug_06_2020 | 2/2/2023 |
| 175 | Government | Global Brokerage Records | 2/8/2023 |
| 176 | Government | ARIN records for 104.238 | 2/2/2023 |
| 177 | Government | BitLaunch Business Records - Digital Ocean - IP Logs (89.238.166.235 hit) | 2/2/2023 |
| 178 | Government | BitLaunch Business Records - Digital Ocean - Servers IP, Create Date/Time | 2/2/2023 |
| 179 | Government | BitLaunch Business Records - Digital Ocean - Payments | |
| 180 | Government | BitLaunch Business Records - Digital Ocean - Registration Email, IP, Date/Time | 2/2/2023 |
| 181 | Government | Bitpay Business Records 2022.08.12 | 2/2/2023 |
| 182 | Government | Bitpay Business Records 2022.08.17 | 2/2/2023 |
| 183 | Government | WhatsApp Communication- Full | |
| 183A | Government | WhatsApp Communication - Vladislav Klyushin and Boris Varshavskiy - 8/27/20 | 2/2/2023 |
| 183B | Government | Media Item from Exhibit 183A | 2/2/2023 |
| 184 | Government | Domain Tools Business Records | |
| 185 | Government | Domain Tools Business Records | |
| 186 | Government | Domain Tools Business Records | 2/2/2023 |
| 187 | Government | Domain Tools Business Records | 2/2/2023 |
| 188 | Government | 99 Stack- MLAT Sweden | 2/2/2023 |
| 189 | Government | Summary Chart - Kenney Chalk | 2/7/2023 |
| 190 | Government | Summary Chart - DOWNLOADS via 89.238.166.235 | 2/7/2023 |
| 191 | Government | Summary Chart - DOWNLOADS via 104-238-37- | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 192 | Government | Summary Chart - DOWNLOADS via 134.19.179.235 - November 6, 2018 | 2/7/2023 |
| 193 | Government | Summary Chart - DOWNLOADS via 209.197.20.203 - February 5, 2018 | 2/7/2023 |
| 194 | Government | Summary Chart - DOWNLOADS via 209.197.20.203 - July 2019 | 2/7/2023 |
| 195 | Government | Summary Chart - DOWNLOADS via 209.197.20.204 | 2/7/2023 |
| 195A | Government | 1006 SUMMARY DOWNLOADS via 119.204.194.11 - May 2018 | 2/2/2023 |
| 195B | Government | 1006 SUMMARY DOWNLOADS via Username rr146363 - Korean Standard Time (Han) | 2/7/2023 |
| 195C | Government | 1006 SUMMARY DOWNLOADS via Username rr146363 - Moscow Standard Time (Han) | 2/7/2023 |
| 195D | Government | 1006 SUMMARY DOWNLOADS from 199.249.230.42 | 2/7/2023 |
| 195E | Government | 1006 SUMMARY DOWNLOADS via Username rr52260 - Moscow Standard Time (Soma) | 2/7/2023 |
| 195F | Government | 1006 SUMMARY DOWNLOADS via Username rr52260 - Pacific Standard Time (Soma) | 2/7/2023 |
| 195G | Government | 1006 SUMMARY DOWNLOADS via Username rr52260 MST 2019 | 2/7/2023 |
| 195H | Government | 1006 SUMMARY DOWNLOADS via Username rr52260 PST 2019 | 2/7/2023 |
| 195I | Government | Summary Chart - Number of Downloads by User | 2/7/2023 |
| 196 | Government | Screenshot of Russian Standard Bank Login | 2/2/2023 |
| 196A | Government | Screenshot of Russian Standard Bank Login (English Translation) | 2/2/2023 |
| 197A | Government | Summary Chart - Closing Price Chart - Avnet | 2/8/2023 |
| 197B | Government | Summary Chart - Cumulative Trade Position - Avnet | 2/8/2023 |
| 197C | Government | Summary Chart - Profit Around Earnings - Avnet | 2/8/2023 |
| 198A | Government | Summary Chart - Closing Price Chart - Capstead | 2/8/2023 |
| 198B | Government | Summary Chart - Cumulative Trade Position - Capstead | 2/8/2023 |
| 198C | Government | Summary Chart - Profit Around Earnings - Capstead | 2/8/2023 |
| 199A | Government | Summary Chart - Closing Price Chart - Kohls | 2/8/2023 |
| 199B | Government | Summary Chart - Cumulative Trade Position - Kohls | 2/8/2023 |
| 199C | Government | Summary Chart - Profit Around Earnings - Kohls | 2/8/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 200A | Government | Summary Chart - Closing Price Chart - SS&C Tech | 2/8/2023 |
| 200B | Government | Summary Chart - Cumulative Trade Position - SS&C Tech | 2/8/2023 |
| 200C | Government | Summary Chart - Profit Around Earnings - SS&C Tech | 2/8/2023 |
| 200D | Government | Summary Chart - SS&C Tech Q2 2019 Earnings | 2/8/2023 |
| 201A | Government | Summary Chart - Closing Price Chart - Tesla | 2/8/2023 |
| 201B | Government | Summary Chart - Cumulative Trade Position - Tesla | 2/8/2023 |
| 201C | Government | Summary Chart - Profit Around Earnings - Tesla | 2/8/2023 |
| 202 | Government | Summary Chart - DFIN Toppan Earnings Trades Profits over Max Net Deposit | 2/8/2023 |
| 203 | Government | Summary Chart - Dollars Traded by Month by Earning Release's Filing Agent | 2/8/2023 |
| 204 | Government | Summary Chart - Dollars Traded by Month by Earning Release's Filing Agent_Toppan | |
| 205 | Government | Summary Chart - Dollars Traded by Quarter by Earning Release's Filing Agent | |
| 206 | Government | Summary Chart - Expected vs Observed Proportion of Trades on DFIN or Toppan | 2/8/2023 |
| 207 | Government | Summary Chart - Klyushin Start of Trading vs DFIN Download Time | |
| 208 | Government | Summary Chart - Klyushin Trading in Sprouts Farmers Market May 5 and 6 2020 | |
| 209 | Government | Summary Chart - Klyushin Trading in Sprouts Farmers Market | 2/8/2023 |
| 210 | Government | Summary Chart - Percent Direction Traded by Subsequent Earning Surprise Direction_Klyushin | 2/8/2023 |
| 211 | Government | Summary Chart - Profits by Type of Trading | 2/8/2023 |
| 212 | Government | *Contested* | |
| 213 | Government | Summary Chart - Test for Indepdence of Direction of Earnings Surprise and Trading Direction | 2/8/2023 |
| 214 | Government | *Contested* | 2/8/2023 |
| 215 | Government | Summary Chart - Trading Blotters Accounts and Traders | 2/8/2023 |
| 216 | Government | Summary Chart - Trading Episodes Related to Toppan or DFIN | |
| 217 | Government | Summary Chart - Trading Summary 1.1.18 - 9.30.20 | 2/8/2023 |
| 218 | Government | Summary Chart - Use of IP Address 89.107.124.42 to Access 185.228.19.147 | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 219 | Government | Summary Chart - Use of IP Address 89.238.166.235 to 185.228.19.147 | 2/2/2023 |
| 220 | Government | Summary Chart - Common IP Addresses used to Access iTunes | 2/2/2023 |
| 221 | Government | Summary Chart - Use of IP 119.204.194.11 to Access Ivan Ermakov iTunes Updates | 2/2/2023 |
| 222 | Government | Summary Chart - Use of IPs to Access Alexander Borodaev OTK Account | 2/2/2023 |
| 223 | Government | Summary Chart - Use of IPs to Access Boris Varshavskiy OTK Account | 2/2/2023 |
| 224 | Government | Summary Chart - Use of IPs to Access Nikolai Rumiantcev OTK Account | 2/2/2023 |
| 225 | Government | Summary Chart - Use of IPs to Access Sergey Uryadov OTK Account | 2/2/2023 |
| 226 | Government | Summary Chart - Use of IPs to Access Vladislav Klyushin OTK Account | 2/2/2023 |
| 227 | Government | Summary Chart - Use of IPs to Access Alexander Borodaev Saxo Account | 2/2/2023 |
| 228 | Government | Summary Chart - Use of IPs to Access Sergey Uryadov Saxo Account | 2/2/2023 |
| 229 | Government | Summary Chart - Use of IPs to Access Vladislav Klyushin Saxo Account | 2/2/2023 |
| 230 | Government | Summary Chart - Use of IP to Access Ivan Ermakov WhatsApp | 2/2/2023 |
| 231 | Government | Summary Chart - Use of IP to Access Nikolai Rumiantcev WhatsApp | 2/2/2023 |
| 232 | Government | Summary Chart - Use of IP to Access Vladislav Klyushin WhatsApp | 2/2/2023 |
| 233 | | | |
| 234 | | | |
| 235 | | | |
| 236 | | | |
| 237 | Government | TOPPAN-0000724.pdf | 1/31/2023 |
| 238 | Government | TOPPAN-0000732.pdf | 1/31/2023 |
| 239 | Government | TOPPAN-0000733.pdf | 1/31/2023 |
| 240 | Government | TOPPAN-0000734.pdf | 1/31/2023 |
| 241 | Government | Stackpath Bank Statements | |
| 242 | Government | Summary Chart - A. DRAFT iCloud 89 dot 39 and 42 | 2/2/2023 |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 243 | Government | Summary Chart - B. DRAFT iCloud 89 dot 39 and 42 | 2/2/2023 |
| 244 | Government | Summary Chart - C. DRAFT iCloud 89 dot 39 and 42 | |
| 245 | Government | Stipulation #1 | 2/6/2023 |
| 246 | Government | Stipulation #2 | 2/6/2023 |
| 247 | Government | Photo | 2/1/2023 |
| 248 | Government | Photo | 2/1/2023 |
| 249A | Government | EDGAR Screenshot-2018-02-06 16_20_32_8-K_SNAP (DFIN) | 2/2/2023 |
| 249B | Government | EDGAR Screenshot-2018-05-09 07_06_56_8-K_HZNP (DFIN) | 2/2/2023 |
| 249C | Government | EDGAR Screenshot-2018-05-09 07_29_53_10-Q_HZNP (DFIN) | |
| 249D | Government | EDGAR Screenshot-2018-05-09 16_01_58_8-K_Puma (DFIN) | 2/2/2023 |
| 249E | Government | EDGAR Screenshot-2018-05-09 16_05_30_8-K_CytomX (DFIN) | 2/2/2023 |
| 249F | Government | EDGAR Screenshot-2018-05-09 16_22_05_8-K_Synaptics (DFIN) | 2/2/2023 |
| 249G | Government | EDGAR Screenshot-2018-10-24 16_27_39_8-K_Tesla (DFIN) | 2/2/2023 |
| 249H | Government | EDGAR Screenshot-2018-10-24 17_00_30_8-K_Capstead (DFIN) | 2/2/2023 |
| 249I | Government | EDGAR Screenshot-2018-10-31 16_13_42_8-K_SSNC (DFIN) | 2/2/2023 |
| 249J | Government | EDGAR Screenshot-2018-11-07 16_10_31_8-K_Roku (DFIN) | 2/2/2023 |
| 249K | Government | EDGAR Screenshot-2019-05-21 07_00_18_8-K_Kohls (DFIN) | |
| 249L | Government | EDGAR Screenshot-2019-07-18 16_15_26_8-K_Skechers (DFIN) | |
| 249M | Government | EDGAR Screenshot-2019-07-29 16_15_59_8-K_SSNC (DFIN) | |
| 249N | Government | EDGAR Screenshot-2019-10-23 17_25_52_8-K_Tesla #1 (DFIN) | |
| 249O | Government | EDGAR Screenshot-2019-10-23 17_25_52_8-K_Tesla #2 (DFIN) | |
| 249P | Government | EDGAR Screenshot-2019-11-06 16_38_33_8-K_Roku (DFIN) | |
| 249Q | Government | EDGAR Screenshot-2019-11-19 07_00_41_8-K_Kohls (DFIN) | |
| 249R | Government | EDGAR Screenshot-2020-01-29 17_12_18_8-K_Tesla #1 (DFIN) | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 249S | Government | EDGAR Screenshot-2020-01-29 17_12_18_8-K_Tesla #2 (DFIN) | |
| 249T | Government | EDGAR Screenshot-2020-02-20 16_12_54_8-K_OLED (DFIN) | |
| 249U | Government | EDGAR Screenshot-2020-04-23 16_10_40_8-K_Tesla (DFIN) | |
| 249V | Government | EDGAR Screenshot-2020-07-22 16_54_41_8-K_Tesla #1 (DFIN) | |
| 249W | Government | EDGAR Screenshot-2020-07-22 16_54_41_8-K_Tesla #2 (DFIN) | |
| 249X | Government | EDGAR Screenshot-2019-01-24 16_06_59_8-K_Avnet (TM) | |
| 249Y | Government | EDGAR Screenshot-2019-08-29 16_15_07_8-K_Ulta (TM) | |
| 250A | Government | Summary Chart - Roku Price Around Q3 2019 Earnings Announcement | 2/8/2023 |
| 250B | Government | Summary Chart - Cumulative Position in Roku Inc. (ROKU) Q3 2019 | 2/8/2023 |
| 250C | Government | Summary Chart - Roku Profit/Loss Around Q3 2019 Earnings Announcement | 2/8/2023 |
| 251A | Government | Summary Chart - Skechers End of Day Price Around Q2 2019 Earnings Announcement | 2/8/2023 |
| 251B | Government | Summary Chart - Skechers Q2 2019 Stocks and CFD | 2/8/2023 |
| 251C | Government | Summary Chart - Skechers Profit/Loss Around Q2 2019 Earnings Announcement | 2/8/2023 |
| 252 | Government | Summary Chart - TSLA Intraday Stock Movements 7/22/20 -7/23/20 | 2/8/2023 |
| 253A | Government | Summary Chart - Universal Display Corp. End of Day Price Around Q4 2019 Earnings Announcement | 2/8/2023 |
| 253B | Government | Summary Chart - Cumulative Position in Universal Display Corp. Q4 2019 | 2/8/2023 |
| 253C | Government | Summary Chart - Universal Display Corp. Profit/Loss Around Q4 2019 Earnings Announcement | 2/8/2023 |
| 254A | Government | Summary Chart - Ulta Beauty End of Day Price Around Q2 2019 Earnings Announcement | 2/8/2023 |
| 254B | Government | Summary Chart - Cumulative Position in Ulta Beauty Inc.'s Q2 2019 | 2/8/2023 |
| 254C | Government | Summary Chart - Ulta Beauty Inc.'s Profit/Loss Around Q2 2019 Earnings Announcement | 2/8/2023 |
| 254D | Government | Summary Chart - Ulta Beauty Q2 2019 Fiscal Results | 2/8/2023 |
| 255 | Government | Summary Chart - Earnings Trading Overlap: Klyushian Earnings Trades vs Other Traders | 2/8/2023 |
| 256 | Government | DFIN Trades and Download Times Account Level | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 257 | Government | DFIN Trades and Download Times | |
| 258A | Government | Summary Chart - SS&C Price Around Q3 2018 Earnings Announcement | 2/8/2023 |
| 258B | Government | Summary Chart - Cumulative Position in SS&C Technologies Holdings, Inc Q3 2018 | 2/8/2023 |
| 258C | Government | Summary Chart- SS&C Profit/Loss Around Q3 2018 Earnings Announcement | 2/8/2023 |
| 258D | Government | SS&C Tech Holdings SEC Filing | |
| 258E | Government | SS&C Press Release | |
| 259A | Government | Summary Chart - Kohls End of Day Price Q3 2019 Earnings | 2/8/2023 |
| 259B | Government | Summary Chart - Cumulative Position - Kohls Q3 2019 | 2/8/2023 |
| 259C | Government | Summary Chart - Profit Around Earnings - Kohls Q3 2019 | 2/8/2023 |
| 260A | Government | Summary Chart - Tesla End of Day Price Around Q2 2020 Earnings Announcement | 2/8/2023 |
| 260B | Government | Summary Chart - Cumulative Position in Tesla Inc. (TSLA) Q2 2020 | 2/8/2023 |
| 260C | Government | Summary Chart - Tesla Profit/Loss Around Q2 2020Earnings Announcement | 2/8/2023 |
| 261 | Government | Tesla 8K Form 10-20-2017 | 2/2/2023 |
| 261A | Government | EDGAR Screenshot - Tesla 8K Form 10-20-2017 | 2/2/2023 |
| 262 | Government | Photo | 2/2/2023 |
| 262A | Government | Photo - File Path | |
| 263 | Government | Summary Chart - Tesla Trading | 2/8/2023 |
| 264 | Government | Loan agreement between Klyushin and Ermakov (Original) | 2/2/2023 |
| 264A | Government | Loan agreement between Klyushin and Ermakov (English translation) | 2/2/2023 |
| 265 | Government | Kohls Trading_First Page | 2/2/2023 |
| 265A | Government | Kohls Trading | 2/2/2023 |
| 266 | Government | Photo | 2/2/2023 |
| 267 | Government | Cogent Communications Record | 2/2/2023 |
| 267A | Government | Cogent Record Certification | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 268 | Government | Stackpath Data Production | |
| 269A | Government | Summary Chart: Pre vs Post Earnings Trades by Time Period | |
| 269B | Government | Summary Chart: Pre vs Post Earnings Trades by Time Period | |
| 270A | Government | Summary Chart: End of Day Price - Tesla Q4 2019 | 2/8/2023 |
| 270B | Government | Summary Chart: Cumulative Position - Tesla Q4 2019 | 2/8/2023 |
| 270C | Government | Summary Chart: Tesla Profit Loss Q4 2019 | 2/8/2023 |
| 271A | Government | Summary Chart: End of Day Price - Roku Q3 2018 | 2/8/2023 |
| 271B | Government | Summary Chart: Cumulative Position - Roku Q3 2018 | 2/8/2023 |
| 271C | Government | Summary Chart: Roku Profit Loss Q3 2018 | 2/8/2023 |
| 272 | Government | Roku 8-K Exhibit 99.1 dated 11/7/2018 | 2/8/2023 |
| 273 | Government | Roku 8-K Exhibit 99.1 dated 11/6/2019 | 2/8/2023 |
| 281 | Government | Broker Report | 2/9/2023 |
| 282 | Government | Trade Blotter | 2/9/2023 |
| 283 | Government | Stipulation #3 | 2/9/2023 |
| 301 | Defense | *Contested* | |
| 301A | Defense | *Contested* | |
| 302 | Defense | *Contested* | |
| 302A | Defense | *Contested* | |
| 303 | Defense | Ermakov iCloud - 89 IP Excerpt Itunes Update | |
| 304 | Defense | *Contested* | |
| 305 | Defense | Margin Calls Klyushin and Related Accounts | |
| 306 | Defense | *Contested* | |
| 307 | Defense | Chart - Klyushin Companies Traded DFIN or TOPPAN v. Log Files | |
| 308 | Defense | *Contested* | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 309 | Defense | *Contested* | |
| 310 | Defense | | |
| 311 | Defense | *Contested* | |
| 312 | Defense | | |
| 313 | Defense | | |
| 314 | Defense | | |
| 315 | Defense | | |
| 316 | Defense | | |
| 317 | Defense | | |
| 318 | Defense | | |
| 319 | Defense | | |
| 320 | Defense | | |
| 321 | Defense | GrubHub - May 6, 2020 Earnings and Trading | |
| 322 | Defense | Kohl's - August 20, 2020 Earnings and Trading | |
| 323 | Defense | Roku - August 5, 2020 Earnings and Trading | |
| 324 | Defense | | |
| 325 | Defense | *Contested* | |
| 326 | Defense | 7/8/2020 Email | |
| 327 | Defense | 9/10/2020 Email | |
| 327A | Defense | 9/10/2020 Email - Translated | 2/3/2023 |
| 328 | Defense | 7/10/2020 Email | |
| 328A | Defense | 7/10/2020 Email - Translated | 2/3/2023 |
| 329 | Defense | *Contested* | |
| 330 | Defense | ESTC - December 4, 2020 Trading | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 331 | Defense | TRIP - February 12, 2020 Trading | |
| 332 | Defense | TLRY - August 13, 2019 Trading | |
| 333 | Defense | Crowdstrike - September 5, 2019 Trading | |
| 334 | Defense | Avnet - January 21, 2020 Trading | |
| 335 | Defense | ROKU - November 6, 2019 Earnings and Trading | |
| 336 | Defense | COMM - May 9, 2019 Earnings and Trading | |
| 337 | Defense | NetApp November 14, 2018 Earnings and Trading | |
| 338 | Defense | Kohls November 14, 2018 Earnings and Trading | |
| 339 | Defense | Deere November 20, 2018 Earnings and Trading | |
| 340 | Defense | *Contested* | |
| 341 | Defense | *Contested* | |
| 342 | Defense | *Contested* | |
| 343 | Defense | *Contested* | |
| 344 | Defense | KV 288 Account Summary | |
| 345 | Defense | Klyushin IB Account Summary | |
| 346 | Defense | Twitter - October 25, 2018 Access and Earnings | |
| 347 | Defense | Microsoft - October 24, 2018 Access and Earnings | |
| 348 | Defense | Yun China Holdings Inc. October 30, 2018 Access and Earnings | |
| 349 | Defense | Saia Inc - October 31, 2018 Access and Earnings | |
| 350 | Defense | Tesla Trading Results - VK and Investor Accounts | 2/9/2023 |
| 351 | Defense | Search Results for Irzak and Sladkov Numbers | 2/9/2023 |
| 352 | Defense | Metadata - M-13 Chat App | 2/9/2023 |
| 353 | Defense | Search Results for "Irzak" and "Sladkov" | 2/9/2023 |
| 354 | Defense | Sladkov Trading 2017 -2018 | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 355 | Defense | *Contested* | |
| 355A | Defense | *Contested* | |
| 356 | Defense | *Contested* | |
| 357 | Defense | *Contested* | |
| 358 | Defense | DFIN Log File IP Addresses | |
| 359 | Defense | Icloud Search "Toppan" | 2/9/2023 |
| 360 | Defense | Icloud Search "DFIN Solutions" | 2/9/2023 |
| 361 | Defense | *Contested* | |
| 362 | Defense | *Contested* | |
| 363 | Defense | Ermakov Contact Card | 2/9/2023 |
| 364 | Defense | *Contested* | |
| 365 | Defense | *Contested* | |
| 366 | Defense | *Contested* | |
| 367 | Defense | Summary of iCloud contents | 2/9/2023 |
| 368 | Defense | Bitcoin Chart | |
| 369 | Defense | Bitcoin Chart 2 | |
| 370 | Defense | *Contested* | |
| 371 | Defense | *Contested* | |
| 372 | Defense | *Contested* | |
| 373 | Defense | AirVPN Status Page | |
| 374 | Defense | Number of employee accounts and entities serviced by AD | |
| 375 | Defense | Stocks not traded Boston IP | 2/9/2023 |
| 401 | Defense | MaxMind Service Lookup | |
| 402 | Defense | MaxMind Geolocation | |

| Exhibit Number | Proponent | Description | Date Admitted |
|---|---|---|---|
| 403 | Defense | MaxMind IP Correction | |
| 404 | Defense | IP2 Geolocation | |
| 405 | Defense | API IP Geolocation | |
| 406 | Defense | Web2 IP Geolocation | |
| 407 | Defense | IP Location Data | |
| 408 | Defense | MAXMIND DATACORRECTION1 | |
| 409 | Defense | MAXMIND DATACORRECTION2 | |
| 410 | Defense | Estimize | 2/9/2023 |
| 411 | Defense | AQR Investing Rationale | |
| 412 | Defense | STRONGVPN9_8_2018 | |
| 413 | Defense | STRONGVPN3_8_2019 | |
| 414 | Defense | MICFO | |
| 415 | Defense | MICFO 2 | |
| 416 | Defense | Micfo Invoice | 2/6/2023 |
| 417 | Defense | Micfo Invoice | 2/6/2023 |
| 418 | Defense | Micfo Invoice | 2/6/2023 |
| 450 | Defense | Chart | 2/9/2023 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |