# Exhibit C

20:33 LTE







nr@m13.ru 19:37

To: Vladislav Klyushin >

# Documenting profit at the end of 3rd quarter of 2020 for brokerage account of Aleksandr Borodaev (draft)

Greetings.

The company M 13 has finished 3rd quarter of 2020 and plans to record profits based on trade results. Details provided in the table.

| | |
|---|---|
| **Investment Capital** | 10 013 068 USD |
| **Portfolio value on 09/17/2020** | 11 324 505 USD |
| **Profit on 09/17/2020** | 1 311 437 USD |
| **Recorded amount** | 1 000 000 USD |
| **NDFL [Income Tax] (13%)** | 130 000 USD |
| **Net profit in the recorded amount** | 870 000 USD |
| **Client receives (40% net profit + [tax])** | 478 000 USD |
| **Necessary to transfer to M 13 (60% net profit)** | 522 000 USD |




















Nikolay Rumyantsev 12:13
To: Vladislav Klyushin >

## Re: Documenting profit at the end of 3rd quarter of 2020 for the brokerage account of Sergey Uryadov (draft)

Greetings.

The company M 13 has finished 3rd quarter of 2020 and plans to record profits based on trade results. Details provided in the table.

| | |
|---|---|
| Investment Capital | 5 000 000 USD |
| Portfolio value on 09/17/2020 | 6 125 274 USD |
| Profit on 09/17/2020 | 1 125 274 USD |
| Recorded amount | 850 000 USD |
| NDFL [Income Tax] (13%) | 110 500 USD |
| Net profit in the recorded amount | 739 500 USD |
| Client receives (40% net profit + [tax]) | 406 300 USD |
| Necessary to transfer to M 13 (60% net profit) | 443 700 USD |












17:11 LTE

18

**nr@m13.ru**
HP
**TO:** Klyushin and 2 others... >
17:00

## Report on June-July 2020

Greetings,

I am sending over information on yesterday's trading, as well as a non-fixed profit for BURL for the end of past quarter.

| Accounts | Changes to portfolio for June 1 July 24, 2020 | Start up capital | Value on July 24, 2020 at 23:00 | Client | Shares | Value shares [illegible] 23:00 |
|---|---|---|---|---|---|---|
| VK_SAXO | $105 873,41 | $1 000 000,00 | $3 105 873,41 | VKS1 | 33,33% | $1 035 2[illegible] |
| | | $1 000 000,00 | $3 105 873,41 | VKS2 | 33,33% | $1 035 2[illegible] |
| | | $1 000 000,00 | $3 105 873,41 | VKS3 | 33,33% | $1 035 2[illegible] |
| AB_SAXO | $262 928,40 | $16 013 068,00 | $16 275 996,40 | AB | 100,00% | $15 2[illegible] 999,4 |
| USS_SAXO | $324 129,00 | $5 000 000,00 | $5 324 129,00 | USS | 100,00% | $5 324 1[illegible] |
| VR | -$66 638,00 | $1 116 978,00 | $1 050 340,00 | VR | 100,00% | $1 050 3[illegible] |
| M13 | -$83 313,00 | $1 380 879,00 | $1 297 566,00 | M13 | 100,00% | $1 297 [illegible] |
| VKS | $104 111,00 | $500 000,00 | $395 889,00 | VKS | 100,00% | $395 88[illegible] |
| VK_BCS | $196 940,00 | $1 000 000,00 | $1 803 060,00 | BCS1 | 50,00% | $901 53[illegible] |
| | | $1 000 000,00 | $1 803 060,00 | BCS2 | 50,00% | $901 53[illegible] |
| | $261 938,81 | | | | | $23 2[illegible] 863,8 |

--

**Very respectfully,**
**Nikolay Rumyantsev**
**Deputy General Director**
**M13**
+7 (903) 106-86-34
nr@m13.ru







