UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 21-cr-10104-PBS |
| VLADISLAV KLYUSHIN<br>Defendant | ) ) ) ) | |

## NOTICE OF APPEAL

Now comes the defendant Vladislav Klyushin, by and through undersigned counsel, and hereby notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case on September 11, 2023.

    Respectfully Submitted,
    Vladislav Klyushin,
    By His Attorneys,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

**/s/ Marc Fernich**
Marc Fernich
Law Office of Marc Fernich
800 Third Avenue
Floor 20
New York, NY 10022
212-446-2346
Email: maf@fernichlaw.com

Dated: September 18, 2023

## CERTIFICATE OF SERVICE

  I, Maksim Nemtsev, hereby certify that on this date, September 18, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

                 **/s/ Maksim Nemtsev**
                 Maksim Nemtsev, Esq.