UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br>  a/k/a "Vladislav Kliushin"<br><br>        Defendant | 21-cr-10104 (PBS) |

## JOINT STATUS REPORT

At sentencing, the Court deferred its restitution determination until December 5, 2023. It directed the parties to confer as to whether they could agree on the restitution due to the filing agent victims and to report back to the Court on or before October 20, 2023. (Docket No. 255).

The parties have negotiated and are optimistic that they will be able to recommend jointly a restitution amount that the Court can order. Counsel for the defendant requires additional time to discuss the issue with Mr. Klyushin, who has been in intermittent transit since his sentencing. The parties accordingly and respectfully request that the Court extend by 7 days the date by which they are to report whether they have reached any agreement with respect to restitution.

|  | Respectfully submitted, |
|---|---|
| VLADISLAV KLYUSHIN<br>Defendant | JOSHUA S. LEVY<br>United States Attorney |
| By: /s/Maksim Nemtsev<br>MAKSIM NEMTSEV, ESQ.<br>Counsel for Defendant | By: /s/Seth B. Kosto<br>SETH B. KOSTO<br>STEPHEN E. FRANK<br>Assistant U.S. Attorneys |

Date:  October 20, 2023

10/22/23
Allowed
[signature]