# United States Court of Appeals
## For the First Circuit

No. 23-1779

UNITED STATES,

Appellee,

v.

VLADISLAV KLYUSHIN, a/k/a John Doe 1, a/k/a Vladislav Kliushin,

Defendant - Appellant.

### MANDATE

Entered: December 6, 2024

In accordance with the judgment of November 14, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Karen Lisa Eisenstadt
Marc Fernich
Stephen Emanuel Frank
Carol Elisabeth Head
Seth B. Kosto
Donald Campbell Lockhart
Maksim Nemtsev